UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENJAMIN SNEAD, | ) |
| Plaintiff, | ) Case No. EDCV 07-00367 AJW |
| v. | ) J U D G M E N T |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: May 2, 2008

/ s /
_____
ANDREW J. WISTRICH
United States Magistrate Judge