MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:  (909) 948-7292
E-Mail:      Mogahurley@aol.com

Attorney for Plaintiff:
BENJAMIN SNEAD

# EASTERN DIVISION

# UNITED STATES DICTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SNEAD  ,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>          Defendants. | No.  EDCV – 07-367 AJW<br><br><br>ORDER AWARDING<br>EAJA ATTORNEY FEES |

Based on the parties Stipulation for Award of EAJA fees and costs ("Stipulation") and good cause appearing:

**IT IS HEREBY ORDERED** that plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS ($4,000.00) as authorized by 28 U.S.C. 2412(d) payable to Plaintiff's counsel as Plaintiff's assignee and subject to the terms and conditions set forth in the Stipulation.

/S/

Dated:4/28/2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge

ORDER FOR EAJA FEES